## UNITED STATES DISTRICATE COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHVILLE N.C. DIVISION

ROSS ADAMS )
73 ASBURY LANDING DR )  Case No  1:26-cv-47-MR-WCM
CLEVELAND GA 30528 )

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE
Tusquittee ranger district
Murphy n. c and Bryan Browning

    Defendants,

*Please accept this case for the following reasons*

*1. The u.s. f.s. has me blocked out of my land in Cherokee county n. c. for the past 11 years. There is a old road that goes to my property that has been used in the past for logging and a goat farm. This is the only acess to my property. It is a old cartway easement. The usfs blocked the road 11 years ago because they said I needed a right away across a private property owner and this is not true. The usfs put up a tank trap on usfs land and sent me a letter saying they would put me in jail if I continued to use the road.*

*2. Last year they put up a metal gate and locked it. This gate blockes a old state toll road, the teleco Murphy highway. And goes to the rose cimetary. They will not give me a key. This road ends in lake Hiawassee and prevents the public from having acess to the lake.*

*3 both these old roads come off of th Hiawassee Dam access road that is a n.c. state maintained public road.*

*4. I don't know why the usfs does not want me to be able to go to my property but*

in 1980 the usfs stole 58 acres off my property and I believe they want the 42 acres I have left.

### Please grant a judgement in my favor

**1. Please get the usfs to quit claim deed me the 58 acres they have attempted to steal.**

**2. Get them to give me a 100 foot righr away across usfs land along the old road that goes to my property.**

**3. Give me a 100 foot right away from my property to the old road that goes to rose cemetery.**

**4. Remove the gate that is blocking me and road to rose cemetery that is on property owned by the state of n.c.**

**5 award 11 million dollars I punitive damages for depriving me use of my property for 11 years and violating my cival rights.**

Respectfully submitted this 10th day of febuary 2026

*[signature]*

Ross adams
73 Asbury landing
Cleveland ga 30528
706 897 2837
Adamsross39@gmail.com

I have personally served a copy of this lawsuit on Bryan browning
Tusquitiee ranger district usfs
Murphy n c.

This day 2-11 2026